**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**

| | |
|---|---|
| PLAINTIFF: United States of America | COURT CASE NUMBER: 3:97-mc-00031 |
| DEFENDANT: Randy L. Thomas | TYPE OF PROCESS: Notice of Judgment Debtor Deposition |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Randy Thomas
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 139 Kelsan Way, Fairbanks, Alaska

RECEIVED AUG 15 2007 CLERK, U.S. DISTRICT COURT ANCHORAGE, AK.

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Richard L. Pomeroy, Assistant U.S. Attorney
U.S. Attorney's Office
222 West 7th Avenue, Rm. 253
Anchorage, AK 99513

Number of process to be served with this Form: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.: 

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service): Please serve attached documents on Mr. Thomas at the above address. I do not have an alternative address for Mr. Thomas. It is believed he has a home based business known as Thomas Aerospace Corporation at the same address. Possible phone numbers, 479-7726 or 456-6836.

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER: 907-271-5071
DATE: 8/7/07

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY – DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process: 1
District of Origin No.: 4
District to Serve No.: 4
Signature of Authorized USMS Deputy or Clerk
Date: 8/7/07

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Charles Brownlee (Father-N-Law)
[X] A person of suitable age and discretion then residing in the defendant's usual place of abode

Address (complete only if different than shown above):
139 Kelsan Way
Fairbanks, AK 99709

Date of Service: 8/9/07
Time: 3:30 pm
Signature of U.S. Marshal or Deputy: RC Filson

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or (Amount of Refund) |
|---|---|---|---|---|---|
| $45 | | | 45 | | |

REMARKS: Served on Father-N-Law on 07/09/08. Received public service from Randy L. Thomas that he received the JDD on 07/10/08 via phone confirmation.

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*. To be returned to the U.S. Marshal with payment.

PRIOR EDITIONS MAY BE USED

08/07/2007 14:11 FAX 9072713674   USMS D/AK Anchorage → USMS Fairbanks   ☒001/002

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.
U.S. Department of Justice
United States Marshals Service
PROCESS RECEIPT AND RETURN

NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7TH Avenue # 9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov

Attorney for Plaintiff


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA | ) | Case No: 3:97-mc-0031 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | NOTICE OF JUDGMENT DEBTOR |
| vs. | ) | DEPOSITION |
| | ) | |
| RANDY L. THOMAS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

TO:  Randy L. Thomas
     139 Kelsan Way
     Fairbanks, AK 99709

   YOU ARE HEREBY NOTIFIED that Plaintiff the United States of America, through the United States Attorney for the District of Alaska, has scheduled an oral deposition of you, the defendant, Randy L. Thomas, pursuant to Rules 30, 34, and 69(a) of the Federal Rules of Civil Procedure. The deposition will consist of questions which may assist in the collection of the unpaid judgment debt owed by you to the United States.

   The deposition may be conducted under oath and tape-recorded for purposes of discovery or as evidence or both pursuant to the Federal Rules of Civil Procedure. Said deposition will be held at the following time and location and will continue until completed:

**Place:**     Office of the United States Attorney
              Federal Building and U.S. Courthouse
              101 12th Avenue, Room 310
              Fairbanks, AK 99701

**Date:**      Friday, September 7, 2007

**Time:**      2:00 p.m.

You are required to bring the following documents:

1. Copies of your federal income tax returns for the years 2004, 2005 and 2006, and quarterly returns, if any, for current year.

2. All monthly or quarterly bank statements/records for savings or checking accounts at any bank, savings and loan association or credit union for the period January 1, 2007 through the present, whether held individually or jointly.

3. Records of the rental of safety deposit boxes, whether rented in your name or to which you had access during the period January 1, 2007 through the present.

4. All stock certificates and bonds (including U.S. Savings Bonds), proof of any IRA and/or 401k or other retirement accounts or other securities in your name or held jointly by you and others.

5. All promissory notes or other commercial paper in your favor, individually or jointly with others.

6. All deeds, titles, and sales contracts for the purchase or sale of real property owned by you or in which you have held an interest subsequent to entry of judgment in the above-captioned matter.

7. Deeds, titles, registration certificates and/or contracts for the purchase or sale of automobiles, boats, airplanes, or other vehicles owned by you, individually or jointly with others during the period January 1, 2007 through the present.

8. All employment contracts currently in effect between defendant and any employer or employee and current payroll statements or receipts.

9. Any contracts currently in effect between you and any other individuals, partnerships, or corporations.

2

10. Any records of limited entry fishing permits, if any, held by you during the period January 1, 2007 through the present.

11. Any records of Social Security payments and/or payments by the State of Alaska or any other state for public assistance, general assistance, disability, or unemployment compensation from January 1, 2007 through the present.

12. Records of any trust in which you are a beneficiary.

13. Records of any court award, administrative award, or insurance settlement made to you from January 1, 2006 through the present.

14. Proof of all liabilities.

15. All other documents, books, and records tending to show your net worth.

16. Any and all records relating to Thomas Aerospace Corporation.

DATED this 7th day of August 2007, at Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

*[signature]*

for RICHARD L. POMEROY
Assistant U.S. Attorney

3

**U.S. Department of Justice**

*United States Attorney*
*District of Alaska*

---

*Federal Building & U.S. Courthouse*
*222 West 7th Avenue, #9, Room 253*     *Commercial: (907) 271-5071*
*Anchorage, Alaska 99513-7567*          *Fax Number: (907) 271-3224*

August 7, 2007

Randy L. Thomas
139 Kelsan Way
Fairbanks, AK 99709

    Re:    United States v. Thomas
             Case No. 3:97-mc-00031

Dear Mr. Thomas:

As you know, a judgment was entered against you on January 19, 1994, in the Superior Court of the for the State of Alaska and the Student Loan Marketing Association (SMLA) was awarded the principal sum of $77, 194.63, plus interest at 10.5 percent per annum. SMLA assigned the judgment to the United States in February 1994. In November 1997, for purposes of collection, the judgment was registered in the U.S. District Court for the District of Alaska.

Demand for payment has been made. To date, total payments in the amount of $7,467.77 have been applied to the judgment debt. You still owe an unpaid balance of $71, 636.18 in principal, $68,527.05 in interest and $45.00 in costs for a total of $140,208.23.

Enclosed is a Notice of Judgment Debtor Deposition scheduled for Friday, September 7, 2007, at 2:00 p.m. at the U.S. Attorney's Office in Fairbanks, Alaska, together with an asset questionnaire. Please be prepared to answer and/or to confirm your answers to the questionnaire at the time of the deposition. You will have the opportunity at this deposition to explain to this office why you have not paid your obligation and how you intend to satisfy the debt.

If you have any questions, please contact me at the above number

                        Sincerely,

                        NELSON P. COHEN
                        United States Attorney

                        RICHARD L. POMEROY
                        Assistant U.S. Attorney

Enclosure: Notice of Deposition